MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724

**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

ATTORNEYS AT LAW
RY PARK PLAZA, 28ᵀᴴ FLOOR
EW YORK, NY 10004
WWW.GRSM.COM

**MEMO ENDORSED**

> Defendants' request to adjourn the upcoming conference is GRANTED. The parties are directed to submit their settlement for *Cheeks* review by Monday, December 23, 2024.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 11/21/2024
> New York, New York

**VIA ECF AND EMAIL**
The Honorable Edgardo R
United States District Cou
Southern District of New
40 Foley Square
New York, NY 10007

Re:   *Nashi Davis Rudolph v. EZE Castle Integration, Inc., et al.*
      Case No.: 1:23-cv-2520-ER

Dear Judge Ramos:

    We represent defendants in the above-referenced matter and write jointly with plaintiff because we are pleased to report the parties have reached a settlement in principle. As a result, the parties request the Court remove all current deadlines, including the initial conference scheduled for tomorrow, and give the parties time to complete the settlement agreement and then submit it together with the necessary *Cheeks* motion for the Court's approval.

    Accordingly, we respectfully request the court adjourn the upcoming initial conference, and all other case deadlines *sine die*, and instead grant the parties time to complete the settlement documentation and motion for approval.

    We appreciate the Court's attention to this matter and remain at the Court's service.

                                Respectfully submitted,

                                Mark A. Beckman

cc: All Counsel of Record (*via* ECF)